# United States District Court
# For The Western District of North Carolina
# Asheville Division

Luther Lakey,

    Plaintiff(s),

vs.

Dr. Robert Uhren, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09CV386

DECISION BY COURT. This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 23, 2009 Order.

October 23, 2009

FRANK G. JOHNS, CLERK

BY: s/Phyllis Freeman

Phyllis Freeman, Deputy Clerk